1  Michael P. Lehmann (Bar No. 77152)
   Christopher L. Lebsock (Bar No. 184546)
2  Bonny E. Sweeney (Bar No. 176174)
   Bruce J. Wecker (Bar No. 78530)
3  Stephanie Y. Cho (Bar No. 291903)
   **HAUSFELD LLP**
4  44 Montgomery St.
   San Francisco, CA 94104
5  Phone: (415) 633-1908
6  Fax: (415) 358- 4980

   GRANTED
   /s/ Judge Maria-Elena James

   DATED: 2/18/2015
   The Clerk shall terminate any pending deadlines
7  *Counsel for Plaintiff*
   and terminate the case.

8  [Additional Counsel on Signature Page]

9
              **UNITED STATES DISTRICT COURT**
10            **NORTHERN DISTRICT OF CALIFORNIA**

11 **BEACH ROAD MUSIC LLC**, individually      Case No. 15-cv-00702
   and on Behalf of All Others Similarly Situated,
12                                             <u>CLASS ACTION</u>
13                    Plaintiff,
        vs.                                    **NOTICE OF DISMISSAL WITHOUT**
14                                             **PREJUDICE**
   **ESCAPE MEDIA GROUP, INC., SAMUEL**
15 **TARANTINO, and JOSHUA GREENBERG**,        **[FED. R. CIV. P. 41(a)]**
16                    Defendants.

17
18
19
20
21
22
23
24
25
26
27
28
                NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
                              Case No. 15-cv-00702

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 41(a), Plaintiff Beach Road Music LLC hereby dismisses this action without prejudice.

Dated:   February 18, 2015         /s/   *Michael P. Lehmann*
                                   Michael P. Lehmann (State Bar No. 77152)
                                   *mlehmann@hausfeld.com*
                                   Christopher L. Lebsock (State Bar No. 184546)
                                   *clebsock@hausfeld.com*
                                   Bonny E. Sweeney (State Bar No. 176174)
                                   *bsweeney@hausfeld.com*
                                   Bruce J. Wecker (State Bar No. 78530)
                                   *bwecker@hausfeld.com*
                                   Stephanie Y. Cho (State Bar No. 291903)
                                   *scho@hausfeld.com*
                                   **HAUSFELD LLP**
                                   44 Montgomery St.
                                   San Francisco, CA 94104
                                   Phone: (415) 633-1908
                                   Fax: (415) 358-4980

                                   Michael D. Hausfeld (*pro hac vice*)
                                   *mhausfeld.hausfeld.com*
                                   James J. Pizzirusso (*pro hac vice*)
                                   *jpizzirusso@hausfeld.com*
                                   Nathaniel C. Giddings (*pro hac vice*)
                                   *ngiddings@hausfeld.com*
                                   **HAUSFELD LLP**
                                   1700 K Street, N.W., Suite 650
                                   Washington, D.C. 20006
                                   Phone: (202) 540-7200
                                   Fax: (202) 540-7201

                                   *Counsel for Plaintiff*